**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Demetrius Devell Dobbins, Sr.,                           Civil No. 08-21 (RHK/RLE)

        Petitioner,                                                      **ORDER**

vs.

Terry Carlson, Warden,

        Respondent.

---

Based upon the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is **ORDERED**:

1. Petitioner's Objections (Doc. No. 20) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 17) is **ADOPTED**; and

3. The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED**.

Dated: December 9, 2008

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge